# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Stratasys, Inc. § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 2:24-cv-00645 |
| v. § | |
| Shenzhen Tuozhu Technology Co., Ltd., § | JURY TRIAL DEMANDED |
| Shanghai Lunkuo Technology Co., Ltd., § | |
| Bambulab Limited, § | |
| Beijing Tiertime Technology Co., Ltd. § | |
| Beijing Yinhua Laser Rapid Prototyping and § | |
| Mould Technology Co. Ltd., and § | |
| Tuozhu Technology Limited § | |
| § | |
| § | |
| Defendants. § | |

**PLAINTIFF STRATASYS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Plaintiff Stratasys, Inc. ("Plaintiff" or "Stratasys"), by and through its undersigned counsel hereby discloses that:

Stratasys, Inc. is a Delaware corporation. Stratasys, Inc. is wholly owned by Stratasys Solutions Ltd. Stratasys Solutions Ltd. is a wholly-owned subsidiary of Stratasys Ltd. Stratasys Ltd. is a publicly owned company organized under the laws of Israel. There are no other publicly held corporations that own 10 percent or more of the stock of Stratasys, Inc.

Dated: August 8, 2024                     Respectfully submitted,

By: */s/ Kevin J. Meek by permission Andrea L. Fair*
Kevin J. Meek
Texas Bar No. 13899600
Brian Oaks
Texas Bar No. 24007767
Syed K. Fareed
Texas Bar No. 24065216
Aashish Kapadia
Texas Bar No. 24097917
**MCDERMOTT WILL & EMERY LLP**
303 Colorado Street, Suite 2200
Austin, Texas 78701-4078
Telephone: (512) 726-2600
Facsimile: (512) 532-0002
kmeek@mwe.com
boaks@mwe.com
sfareed@mwe.com
akapadia@mwe.com

Deron R. Dacus
Texas Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
ddacus@dacusfirm.com

Andrea L. Fair
Texas Bar No. 24078488
Claire A. Henry
Texas Bar No. 24053063
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
andrea@wsfirm.com

*ATTORNEYS FOR PLAINTIFF STRATASYS, INC.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2024, a copy of the foregoing document was filed electronically via CM/ECF and therefore served on all counsel who are deemed to have consented to electronic service.

                                       */s/ Andrea L. Fair*