AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Stratasys, Inc., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-00645-JRG |
| Shenzhen Tuozhu Technology Co. Ltd. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stratasys, Inc.

Date: 08/08/2024

/s/ Syed K. Fareed
*Attorney's signature*

Syed K. Fareed (Bar No. 24065216)
*Printed name and bar number*

300 Colorado Street
Suite 2200
Austin, TX 78701-4891
*Address*

sfareed@mwe.com
*E-mail address*

(512) 726-2600
*Telephone number*

(512) 532-0002
*FAX number*