AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Stratasys, Inc., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-00645-JRG |
| Shenzhen Tuozhu Technology Co. Ltd. et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stratasys, Inc.

Date: 08/08/2024

/s/ Aashish G. Kapadia
*Attorney's signature*

Aashish G. Kapadia (Bar No. 24097917)
*Printed name and bar number*

300 Colorado Street
Suite 2200
Austin, TX 78701-4891
*Address*

akapadia@mwe.com
*E-mail address*

(512) 726-2600
*Telephone number*

(512) 532-0002
*FAX number*