# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| Stratasys, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Shenzhen Tuozhu Technology Co., Ltd., et. al.., <br><br> Defendants. | Civil Action No. 2:24-cv-00645-JRG |

## **WAIVER OF THE SERVICE OF SUMMONS**

To:  Deron R. Dacus (ddacus@dacusfirm.com) & Andrea Fair (andrea@wsfirm.com)

The following parties, that I represent, agree to save the expense of serving a summons and complaint in this case:

- Shenzhen Tuozhu Technology Co., Ltd.,
- Shanghai Lunkuo Technology Co., Ltd.,
- Bambulab Limited
- Tuozhu Technology Limted

The entities that I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action. However, the above entities waive any objections to the absence of a summons or of service.

According to our agreement, the above entities must file and serve an answer or otherwise respond to the complaint in this case within 90 days of September 9, 2024 (or no later than December 9, 2024). If the above entities fail to do so, a default judgment will be entered against the above entities.

Dated:  September 9, 2024

*/S/ Greg Love*

Greg Love
107 E Main Street
Henderson, Texas 75652
greg@stecklerlaw.com
903.212.4444