IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Stratasys, Inc., § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 2:24-cv-00645 |
| v. § | |
| Shenzhen Tuozhu Technology Co., Ltd., § | JURY TRIAL DEMANDED |
| Shanghai Lunkuo Technology Co., Ltd., § | |
| Bambulab Limited, § | |
| Beijing Tiertime Technology Co., Ltd., § | |
| Beijing Yinhua Laser Rapid Prototyping and § | |
| Mould Technology Co. Ltd., and § | |
| Tuozhu Technology Limited, § | |
| § | |
| § | |
| Defendants. § | |
| § | |
| § | |

**<u>NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)</u>**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Stratasys, Inc. ("Stratasys"), by and through the undersigned counsel, hereby voluntarily dismisses Defendant Beijing Tiertime Technology Co., Ltd. and Defendant Beijing Yinhua Laser Rapid Prototyping and Mould Technology Co. Ltd. (the "Dismissed Tiertime Defendants") from the above-captioned actions, without prejudice. The Dismissed Tiertime Defendants have not served upon Stratasys either an answer or a motion for summary judgment. The above-captioned actions will continue with respect to Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., Bambulab Limited, and Tuozhu Technology Limited.

Dated: September 25, 2024

Respectfully submitted,

By: */s/ Kevin J. Meek*
Kevin J. Meek
Texas Bar No. 13899600
Brian Oaks
Texas Bar No. 24007767
Syed K. Fareed
Texas Bar No. 24065216
Aashish Kapadia
Texas Bar No. 24097917
**MCDERMOTT WILL & EMERY LLP**
303 Colorado Street, Suite 2200
Austin, Texas 78701-4078
Telephone: (512) 726-2600
Facsimile: (512) 532-0002
kmeek@mwe.com
sfareed@mwe.com
akapadia@mwe.com

Deron R. Dacus
Texas Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
ddacus@dacusfirm.com

Andrea L. Fair
Texas Bar No. 24078488
Claire A. Henry
Texas Bar No. 24053063
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
andrea@wsfirm.com

*ATTORNEYS FOR PLAINTIFF STRATASYS, INC.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of September, 2024, a copy of the foregoing document was filed electronically via CM/ECF and therefore served on all counsel who are deemed to have consented to electronic service.

      By: */s/ Kevin J. Meek*
      Kevin J. Meek