IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STRATASYS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SHENZHEN TUOZHU TECHNOLOGY CO., LTD., SHANGHAI LUNKUO TECHNOLOGY CO., LTD., BAMBULAB LTD., BEIJING TIERTIME TECHNOLOGY CO., LTD., BEIJING YINHUA LASER RAPID PROTOTYPING AND MOULD TECHNOLOGY CO. LTD., and TUOZHU TECHNOLOGY LTD., <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00645-JRG |

# **ORDER**

Before the Court is the FRCP 41(a)(1)(A)(i) Notice of Dismissal (the "Notice") filed by Plaintiff Stratasys, Inc. ("Plaintiff"). (Dkt. No. 15.) In the Notice, Plaintiff dismisses the above-captioned action against Defendants Beijing Tiertime Technology Co., Ltd. and Beijing Yinhua Laser Rapid Prototyping and Mould Technology Co. Ltd. ("Defendants") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case against Defendants not explicitly granted herein are **DENIED AS MOOT**.

The above-captioned case is to remain **OPEN** in light the remaining parties and claims.

**So ORDERED and SIGNED this 30th day of September, 2024.**

                                              RODNEY GILSTRAP  
                                              UNITED STATES DISTRICT JUDGE