**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

STRATASYS, INC.                              §
                                             §
v.                                           §        2:24-CV-645-JRG
                                             §
SHENZHEN TUOZHU TECHNOLOGY                   §
CO. LTD. ET AL                               §

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiff Stratasys, Inc. hereby notifies the Court that Deron R. Dacus of the firm

The Dacus Firm, P.C., 821 ESE Loop 323, Suite 430, Tyler, Texas 75701, 903/705-1117,

ddacus@dacusfirm.com, has entered this action as counsel to be noticed on its behalf.  In

connection with this notice, Mr. Dacus requests that all future pleadings and other papers

filed under FED. R. CIV. P. 5 be served on him at the above address and contact

information.

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
Texas Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone & fax)
E-mail: ddacus@dacusfirm.com

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of October, 2024 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Deron R. Dacus*
Deron R. Dacus