**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| STRATASYS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LTD., *and* TUOZHU TECHNOLOGY LIMITED<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00644-JRG<br>(LEAD CASE)<br><br>CASE NO. 2:24-CV-00645-JRG<br>(MEMBER CASE) |
| BAMBULAB USA, INC., SHENZHEN TUOZHU TECHNOLOGY CO. LTD., SHANGHAI LUNKUO TECHNOLOGY CO. LTD., BAMBULAB LIMITED, *and* TUOZHU TECHNOLOGY LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>STRATASYS, INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00465-JRG<br>(MEMBER CASE) |

**ORDER**

The Court issues this Order *sua sponte*. On August 8, 2024, Plaintiff Stratasys, Inc. ("Plaintiff" or "Stratasys") filed Lead Case No. 2:24-cv-00644-JRG (the "Lead Case") and Member Case No. 2:24-cv-00645-JRG against Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, and Tuozhu Technology Limited. (Dkt. No. 73 at 1). In the Lead Case, Plaintiff alleges that Defendants infringe U.S. Patent No. 9,421,713; U.S. Patent No. 9,592,660; U.S. Patent No. 7,555,357; U.S. Patent No. 9,168,698; and U.S. Patent No. 10,556,381 (the "First Set of Patents"). (*Id.*). Similarly, in

Member Case No. 2:24-00645-JRG, Plaintiff alleges that Defendants Shenzhen Tuozhu Technology Co., Ltd., Shanghai Lunkuo Technology Co., Ltd., BambuLab Limited, and Tuozhu Technology Limited infringe U.S. Patent No. 10,569,466; U.S. Patent No. 11,167,464; U.S. Patent No. 8,747,097; U.S. Patent No. 11,886,774; and U.S. Patent No. 8,562,324 (the "Second Set of Patents"). (*Id.*).[1]

On December 9, 2024, Defendants filed suit against Plaintiff in the United States District Court for the Western District of Texas. *BambuLab USA, Inc. et al v. Stratasys, Inc.*, No. 1:24-cv-01511-ADA, Dkt. No. 1 (W.D. Tex. Dec. 9, 2024) (the "WDTX case"). In the WDTX case, Defendants sought declaratory judgment that the each of the First Set and Second Set of Patents are invalid. (Dkt. No. 73 at 3). The district court in Austin then transferred the WDTX case to this Court, and that case is now delineated on this Court's docket as Case No. 2:25-cv-00465-JRG. (*Id.*).

On August 20, 2025, the Court consolidated the above cases "for all pretrial purposes." (*Id.* at 4). The Court also severed Case No. 2:25-cv-00465-JRG into two portions: "(a) one portion that includes all claims, counterclaims, defenses, and responses thereto that are related to the First Set of Patents" (the "First Portion"); and "(b) another portion that includes all claims, counterclaims, defenses, and responses thereto that are related to the Second Set of Patents" (the "Second Portion"). (*Id.* at 3-4) (cleaned up).

The Court announced in the record that after all consolidated pretrial matters had been addressed, the First Portion of Case No. 2:25-cv-00465-JRG would be consolidated with the Lead Case for all purposes, including through trial. (*Id.* at 4). At that same time, the Court announced that the Second Portion of Case No. 2:25-cv-00465-JRG would be consolidated with Member Case No. 2:24-cv-00645-JRG for all purposes, including through trial. (*Id.*).

For clarity, and to memorialize the Court's earlier pronouncements, the Court **ORDERS** that the First Portion of Case No. 2:25-cv-00465-JRG is hereby consolidated with the Lead Case (Case No. 2:24-cv-00644-JRG) for all purposes, including trial. Likewise, the Court **ORDERS** that the Second Portion of Case No. 2:25-cv-00465-JRG is hereby consolidated with Case No. 2:24-cv-00645-JRG for all purposes, including trial.

**So ORDERED and SIGNED this 10th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE